JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>CRISTINA CABRALES-HURTADO     )<br>     a/k/a "Bertha Galvan,"   )<br>     a/k/a "Bertha Galvan-Mendoza," )<br>                              )<br>     Defendant.               )<br>_____) | Case No. CR-10-00107 MAG<br><br><br><br>**[PROPOSED]** ORDER FOR SUMMONS |

Having reviewed the Declaration of Matthew DellaBetta, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Cristina Cabrales-Hurtado to appear on February 25, 2010 at 10:00 am before Magistrate Judge Laurel Beeler to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: February 18, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER FOR SUMMONS