JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

MATTHEW DELLABETTA
Law Clerk

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3737
Fax: (510) 637-3724
Email: matthew.dellabetta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BERTHA GALVAN,<br>    a/k/a "Cristina Cabrales-Hurtado,"<br>    a/k/a "Bertha Galvan-Mendoza,"<br><br>    Defendant. | Case No. CR 10-00107 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing scheduled for March 23, 2010 at 10:00 a.m. be continued to April 14, 2010 at 10:00 a.m.

The status of the case is that the U.S. Attorney's Office and defense counsel have negotiated a plea agreement. Defense counsel requires further time to meet with Ms. Galvan to discuss the plea agreement. Defense counsel will be unavailable until April 14, 2010 due to previously scheduled work and travel commitments. The continuance will allow defense counsel to meet with the Defendant and review the plea agreement.

The parties further stipulate that the time from the date of this stipulation, to April 14,

STIPULATION AND [PROPOSED] ORDER    -1-

2010, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of defense counsel and continuity of counsel, taking into account due diligence.

Dated: March 23, 2010                              /s/
                                          CHRISTINA McCALL
                                          Assistant United States Attorney

Dated: March 23, 2010                              /s/
                                          PHILIP SCHNAYERSON
                                          Attorney for Defendant

## SIGNATURE ATTESTATION

Defense counsel proposed the aforementioned stipulation telephonically, but due to traveling arrangements is unavailable to sign the stipulation.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the change of plea and sentencing in this case, currently scheduled on March 23, 2010 at 10:00 a.m., be continued to April 4, 2010 at 10:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to April 14, 2010 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), ~~for effective preparation of counsel and~~ defense counsel. continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy and public trial, and the failure to grant the requested continuance would unreasonably deny counsel ~~the reasonable time necessary for effective preparation and~~ continuity of counsel, taking into account due diligence.

SO ORDERED.

DATED: March 23, 2010                        /s/ Laurel Beeler
                                          LAUREL BEELER
                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER          -2-