1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
4  MATTHEW DELLABETTA
   Law Clerk
5
6  1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3737
7  Fax: (510) 637-3724
   Email: matthew.dellabetta@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12
13 UNITED STATES OF AMERICA,       )   Case No. CR 10-00107 MAG
                                   )   AMENDED
14         Plaintiff,               )   STIPULATION AND [PROPOSED]
                                   )   ORDER
15     v.                           )
                                   )
16 BERTHA GALVAN,                  )
       a/k/a "Cristina Cabrales-Hurtado," )
17     a/k/a "Bertha Galvan-Mendoza," )
                                   )
18         Defendant.               )
   _____)
19

20     IT IS HEREBY STIPULATED, by and between the parties to this action, that the change

21 of plea and sentencing scheduled for March 23, 2010 at 10:00 a.m. be continued to April 14,

22 2010 at 10:00 a.m.

23     The status of the case is that the U.S. Attorney's Office and defense counsel have

24 negotiated a plea agreement. Defense counsel requires further time to meet with Ms. Galvan to

25 discuss the plea agreement. Defense counsel will be unavailable until April 14, 2010 due to

26 previously scheduled work and travel commitments. The continuance will allow defense counsel

27 to meet with the Defendant and review the plea agreement.

28     The parties further stipulate that the time from the date of this stipulation, to April 14,

STIPULATION AND [PROPOSED] ORDER     -1-

2010, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of defense counsel and continuity of counsel, taking into account due diligence.

Dated: March 23, 2010            /s/
           CHRISTINA McCALL
           Assistant United States Attorney

Dated: March 23, 2010            /s/
           PHILIP SCHNAYERSON
           Attorney for Defendant

SIGNATURE ATTESTATION

Defense counsel proposed the aforementioned stipulation telephonically, but due to traveling arrangements is unavailable to sign the stipulation.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the change of plea and sentencing in this case, currently scheduled on March 23, 2010 at 10:00 a.m., be continued to April 14, 2010 at 10:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to April 14, 2010 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), defense counsel. continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy and public trial, and the failure to grant the requested continuance would unreasonably deny counsel continuity of counsel, taking into account due diligence.

SO ORDERED.

DATED:  March 23, 2010            /s/ LB
           LAUREL BEELER
           United States Magistrate Judge