| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WADE M. RHYNE (CABN 216799)<br>Assistant United States Attorney |
| 5 | |
| 6 | MATTHEW DELLABETTA<br>Law Clerk |

**FILED**

APR 19 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3737
Facsimile: (510) 637-3724
Email: matthew.dellabetta@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERTHA GALVAN,<br>  a/k/a "Christina Cabrales-Hurtado,"<br>  a/k/a "Bertha Galvan-Mendoza,"<br><br>Defendant. | No. CR 10-00107 MAG<br><br>*AMENDED* ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: April 14, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Donna Ryu |

I. PROCEDURAL HISTORY

On February 17, 2010, an Information was filed against Defendant, Bertha Galvan, alleging a violation of 18 U.S.C. § 1028(a)(4). On February 25, 2010, an initial appearance occurred where Defendant was advised of her rights and the charges. The Court ordered time excluded under the Speedy Trial Act from February 25, 2010 to March 16, 2010 for effective preparation of defense counsel. The Court found that the ends of justice served by granting the

ORDER EXCLUDING TIME
CR 10-00107 MAG

1  continuance outweighed the best interest of the public and the defendant in a speedy and public
2  trial, and the failure to grant the requested continuance would deny defense counsel the
3  reasonable time necessary for effective preparation, taking into account due diligence. 18 U.S.C.
4  §§ 3161(h)(7)(A) and (B)(iv).

5  On March 16, 2010, Defendant was arraigned on a superseding Information. On March
6  23, 2010, the Court ordered time excluded under the Speedy Trial Act to April 14, 2010 for
7  continuity of defense counsel. The Court found that the ends of justice served by granting the
8  continuance outweighed the best interest of the public and the defendant in a speedy and public
9  trial, and the failure to grant the requested continuance would [unreasonably deny] continuity of defense counsel,
10 taking into account due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

11                            II. SPEEDY TRIAL ACT
12 At the request of the government, and with the agreement of counsel appearing on behalf
13 of Defendant's retained counsel, the Court excluded time under the Speedy Trial Act from April
14 14, 2010 to April 20, 2010 because Defendant's retained counsel was unable to be present in
15 court due to a schedule conflict with other court proceedings. The Court found that the ends of
16 justice served by granting the continuance outweighed the best interest of the public and the
17 defendant in a speedy and public trial, and the failure to grant the requested continuance would [unreasonably deny]
18 continuity of defense counsel, taking into account due diligence. 18 U.S.C. §§ 3161(h)(7)(A)
19 and (B)(iv).

20                            IV. CONCLUSION
21 Time is excluded under the Speedy Trial Act between April 14, 2010 to April 20, 2010.
22 IT IS SO ORDERED

24 DATED: _April 19, 2010_
25                                         _____
                                            DONNA RYU
26                                          United States Magistrate Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00107 MAG